UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLORIA A. SESAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:17-cv-00634 |
| | ) |
| WEDGEWOOD TOWERS, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is a Report and Recommendation from Magistrate Judge Holmes (Doc. No. 44), in which she concludes that Defendants' Motion for Summary Judgment (Doc. No. 31) should be granted and this case dismissed. No objections have been filed.

The facts and background of this this matter are amply set forth by in the Report and Recommendation. (Doc. No. 44 at 1-8.) The Court agrees with the thorough substantive analysis conducted by the Magistrate Judge. (Id. at 9-10.) Accordingly, the Report and Recommendation (Doc. No. 44) is **APPROVED AND ADOPTED**. Defendants' Motion for Summary Judgment (Doc. No. 31) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

This is a final order. The Clerk shall issue judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE